**Quarles & Brady LLP**
Firm State Bar No. 00443100
Renaissance One, Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Nicole France Stanton (#020452)
nicole.stanton@quarles.com
Michael S. Catlett (#025238)
michael.catlett@quarles.com

Attorneys for Defendants Phoenix School of Law, LLC and InfiLaw Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael O'Connor, an Arizona resident; and Celia Rumann, an Arizona resident, <br><br> Plaintiffs, <br><br> vs. <br><br> Phoenix School of Law, LLC, a Delaware limited liability company, InfiLaw Corporation, a Delaware Corporation, <br><br> Defendants. | Case No.: 13-cv-01107-SRB <br><br> **DEFENDANT INFILAW CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant InfiLaw Corporation in compliance with the provisions of:

   X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

        Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

        Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an

1  organizational victim of alleged criminal activity is a corporation the
2  government must file a statement identifying the victim and the
3  statement must also disclose the information required by Rule
4  12.4(a)(1).

5 **The filing party hereby declares as follows:**

6    __X__   No such corporation.

7    ____   Party is a parent, subsidiary or other affiliate of a publicly owned
8           corporation as listed below.

9    _____  Publicly held corporation, not a party to the case, with a financial interest
10          in the outcome.

11   _____  Other (please explain):

12 RESPECTFULLY SUBMITTED this 24th day of June, 2013.

13                              QUARLES & BRADY LLP
                                Renaissance One, Two North Central Avenue
14                              Phoenix, Arizona  85004-2391

15                              By _/Michael S. Catlett_____
                                   Nicole France Stanton
16                                 Michael S. Catlett

17                              *Attorneys for Defendants*

**CERTIFICATE OF FILING/MAILING**

I hereby certify that on June 24, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel identified on the Court-Generated Notice of Electronic Filing.

 *s/ Frances Fulwiler*
QB\21673678.1